UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANNIE WILLIAMS, as next friend of LJAWUAN FOBBS,**  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**MICHAEL J. ASTRUE,**<br>**Commissioner, Social Security**<br>**Administration**  )<br>)<br>)<br>Defendant.  )<br>) | Civil Action No. 06-1498 (RMC) |

### ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Plaintiff's Motion for Judgment of Reversal [Dkt. # 4] is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's Motion for Judgment of Affirmance is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** with prejudice. This is a final appealable order. *See* Fed. R. App. P. 4(a). This case will be closed.

**SO ORDERED**.

Date: December 7, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge